FIRST DEPARTMENT, MAY TERM, 1883.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE HILL *v.* JOHN McKEON, *as District Attorney,* etc. — Order affirmed, with ten dollars costs and disbursements.

JEREMIAH O'NEIL, *Appellant, v.* WILLIAM D. HOOVER, *Respondent.* — Order modified by requiring defendant, as condition of opening judgment, to pay amount of sheriff's fees and expenses, as specified in opinion.   Opinion by DANIELS, J.

SAME *v.* SAME.

SAME *v.* SAME.

SAME *v.* SAME. — Orders modified as above directed.

ROBERT H. PARKS, *Appellant, v.* JOHN M. HUGHES, *Respondent, Impleaded,* etc. — Order affirmed, with ten dollars costs and disbursements.

ALGERNON S. SULLIVAN, *Public Administrator,* etc., *Respondent, v.* ISAIAH C. BABCOCK and others, *Appellants.* — Judgment affirmed on opinion of LARREMORE, J., in the court below, with costs.

WILLIAM A. MILLS, *Respondent, v.* JAMES W. SACKETT, *Appellant.*— Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

JOSEPH A. VOSE, *Appellant, v.* CHARLES F. CHICKERING and another, *Respondents.* — Judgment affirmed.

AUSTIN S. CUSHMAN, *Respondent, v.* HENRY A. MOTT, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF AGNES SHAW. — Decree reversed and issues ordered to be tried at circuit by a jury; costs to abide event; order to be settled by DANIELS, J.   Opinion by DANIELS, J.

MARGARET SARVENT and others, *Appellants, v.* EDWARD D. HESDRA and others, *Respondents.* — Decree reversed and trial by a jury directed upon issues to be settled by the court, costs of appeal out of the fund to abide the event ; order to be settled by DAVIS P. J.   Opinion *Per Curiam.*

WILLIAM B. SMYTH, *Appellant, v.* GEORGE W. M. STURGES, *Respondent.* — Judgment affirmed.

WILLIAM J. CALLAHAN, *Respondent, v.* JOHN S. BANCROFT, *Appellant.* — Motion denied.